In the Matter of REBECKA PETERS, Individually and on Behalf of All Others Similarly Situated Who are Members of the Williamsburg Community Association, Appellant, against NEW YORK CITY HOUSING AUTHORITY, Respondent. JOSEPH SERATA et al., Individually and as Members of the International Workers Order, Inc., and as Tenants of the New York City Housing Authority, Interveners, Appellants.

Submitted April 19, 1954; decided April 22, 1954.

*Paul L. Ross* and *Royal W. France* for motion.

*John P. McGrath* opposed.

Motion granted insofar as the order affects the continued occupancy of the tenants in possession, and appeal set down for argument during the May, 1954, session of the Court of Appeals.